396 A.2d 42

Commonwealth v. Mullaney, Appellant.

554

Submitted April 18, 1978. Lester G. Nauhaus, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.